CO-386-online
10/03

# United States District Court
# For the District of Columbia

Organization for Competitive Markets  )
)
)
)
                         Plaintiff  )      Civil Action No. __14-1902_____
vs     )
)
Office of the Inspector General,  )
USDA  )
)
                     Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Organization for Competitive Markets__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Organization for Competitive Markets__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__CO0016_____       Matthew E. Penzer
BAR IDENTIFICATION NO.       Print Name

     2100 L Street, NW
     Address

     Washington    DC    20037
     City      State      Zip Code

     (240) 271-6144
     Phone Number